# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

Jennifer Enid Gonzalez

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

HARR TOYOTA INC.,
TOYOTA FINANCIAL SERVICES
TOYOTA MOTOR CREDIT CORPORATION

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

**RECEIVED**
Clerk's Office
USDC, Mass.
Date 10/20/23
By _____
Deputy Clerk

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jennifer Enid Gonzalez |
| Street Address | 27 Haynes Street 1 |
| City and County | Worcester |
| State and Zip Code | Massachusetts Republic (01603) |
| Telephone Number | (774) 578 - 2979 |
| E-mail Address | jennjenn1031@icloud.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Toyota Financial Services
- Job or Title (if known): Financial institution
- Street Address: 6565 Headquarters Dr
- City and County: Plano, Collin County
- State and Zip Code: Texas 75024-5965
- Telephone Number: (800)-874-8822
- E-mail Address (if known):

Defendant No. 2

- Name: HARR TOYOTA INC.
- Job or Title (if known):
- Street Address: 100 Gold Star Blvd.
- City and County: Worcester, Worcester County
- State and Zip Code: MA 01606
- Telephone Number: (877) 537-0985
- E-mail Address (if known):

Defendant No. 3

- Name: Toyota Motor Credit Corporation
- Job or Title (if known):
- Street Address: 5005 North River Blvd., N.E
- City and County: Cedar Rapids, Linn County
- State and Zip Code: IA 52411-6634
- Telephone Number: (800) 279-9032
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Truth In Lending, 15 U.S.C. § 1605, 15 U.S. Code 1635(a), 12 CFR 229.21, 12 CFR 226.17, 31 U.S. Code 5103, Bill of Exchange Act, Federal Reserve Act Section 16, Federal Reserve Act Section 29, MGL C.255D § 22, MGL Section 9-611, Title 12 Section 741.6(b), 15 U.S.C. 1640, FDCPA, MGL 3-603.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. **The Plaintiff(s)**

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. **The Defendant(s)**

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attachment.

III. Statement Of Claim

1) On January 27, 2021, Jennifer Enid Gonzalez as a consumer initiated a consumer transaction at HARR TOYOTA INC., located at 100 Gold Star Blvd., Worcester, MA 01606. HARR TOYOTA INC., did not provide Rescission forms as required under the TILA 15 U.S.C. § 1635(a). According to 15 U.S.C. § 1605, TILA, the consumer H-1 credit sale form does not fully disclose the Finance charge. HARR TOYOTA INC., TOYOTA FINANCIAL SERVICES AND TOYOTA MOTOR CREDIT CORPORATION have been providing me with misleading or false information. HARR TOYOTA INC., sold my original note to TOYOTA FINANCIAL SERVICES on January 27, 2021 and also allowed a Trade in to happen in a credit transaction in the amount of $7,000 , where they either had to take cash or credit, not both. Both TOYOTA FINANCIAL SERVICES and TOYOTA MOTOR CREDIT CORPORATION claim to have loaned me money, but when both received written requests from Jennifer Enid Gonzalez requesting the name and address of the original creditor and all bookkeeping entries associated with alleged loan as required by the Fair Debt Collections Practice Act both have failed to respond to my notices.

2) I , Jennifer Enid Gonzalez have sent written requests to TOYOTA FINANCIAL SERVICES, TOYOTA MOTOR CREDIT CORPORATION and HARR TOYOTA INC. since June 14th, 2023, trying to settle this matter and better innerstand the alleged debt TOYOTA FINANCIAL SERVICES and TMCC claim I owe them. Both TMCC and TOYOTA FINANCIAL SERVICES have accused me of committing fraud without providing me in writing with a Statutory basis that proves or explains what I am in violation of. TMCC and TOYOTA FINANCIAL SERVICES received a Negotiable Instrument on June 23rd, 2023, but have failed to inform me what has happened with such instrument. Both TMCC and TFS continue to harass me ignoring all my notices.

3) On October 4th, 2023, at 2:22Am, I woke up to my 2020 TOYOTA COROLLA SE being taken from my private driveway. JMAC Distribution LLC claimed to have authorization from TOYOTA FINANCIAL SERVICES and TMCC to pick up my Vehicle, but did not provide any form of documentation that shows such authorization. TMCC and TFS both claim to be the original Lien holder of my 2020 TOYOTA COROLLA SE but both were provided with a UCC 11 search that shows different. According to the alleged loan agreement, the 2020 TOYOTA COROLLA SE VIN# JTDS4RC3LJ031704 was purchased for personal reasons and it cannot be removed from my property unless TFS and TMCC have followed MGL C.255D § 22 and MGL section 9-611. I have not received any notices explaining why my vehicle was being removed from my driveway. TOYOTA FINANCIAL SERVICES and TOYOTA's MOTOR CREDIT CORPORATION harassment, abuse and extortion have caused me to lose my vehicle, I have been suffering from depression, stress and anxiety not knowing where my vehicle is located with my personal items. TMCC and TFS continue to request money in return for my vehicle even after receiving my written dispute for such alleged debt.

IV. Relief

As a result of the Defendants misleading information, abuse and extortion, I seek to recover (a) the tile to my vehicle, 2020 TOYOTA COROLLA SE, (b) immediate return of my vehicle VIN # JTDS4RCE3LJ031704 to 27 Haynes Street, Worcester, Massachusetts Republic [01603], (c) defendants must stop reporting negative information to my consumer credit report as they are reporting erroneous information, (d) damages from TOYOTA FINANCIAL SERVICES in the amount of $30,000.00, (e) damages from TOYOTA MOTOR CREDIT CORPORATION in the amount of $30,000.00, (f) damages from HARR TOYOTA INC., in the amount of $14,000.00 for knowingly and willingly providing me with misleading or false information and  being in violation of 15 U.S.C. § 1611 and 15 U.S.C. § 1640.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 20, 2023

Signature of Plaintiff: *Jennifer - Enid : Gonzalez*
Printed Name of Plaintiff: Jennifer Enid Gonzalez

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____