**HARR TOYOTA**
**100 GOLDSTAR BLVD**
**WORCESTER, MA 01606**
**508-471-2500**

# MOTOR VEHICLE PURCHASE CONTRACT

CUST#: _____
Deal Number: _____
Date: 01/27/2021

Purchaser's Name(s): **JENNIFER E GONZALEZ**        County: **WORCESTER**
Address: **27 HAYNES ST APT 1  WORCESTER MA 01603**        DOB: _____
Telephone (1): **774-578-2979**    Telephone (2): _____
D.L./State I.D.#: _____    Issuing State: **MA**    Exp. Date: _____
E-mail: _____

The above information has been requested so that we may verify your identity. By signing below, you represent that you are at least 18 years of age and have authority to enter into this Contract. The Odometer Reading for the Vehicle you are purchasing is accurate unless indicated otherwise. Please refer to the Federal Mileage Statement for full disclosure.

| YEAR | MAKE | MODEL | COLOR | STOCK NO. |
|---|---|---|---|---|
| 2020 | TOYOTA | COROLLA | BLUE | S5612A |

ODOMETER READING: 14287  ☐ Not Accurate
SALESPERSON: ROY HATSTAT
VIN/SERIAL NO.: JTDS4RCE3LJ031704

PRIOR USE DISCLOSURE: ☐ DEMONSTRATOR ☐ FORMER DAILY RENTAL ☐ TAXICAB ☐ OTHER
☐ FORMER LEASED CAR ☐ REBUILT/TOTAL LOSS ☐ POLICE CAR

THE VEHICLE IS: ☐ NEW ☒ USED

### WARRANTY STATEMENT

**ATTENTION PURCHASER:** If you have mechanical or operating problems or if this vehicle does not pass a Massachusetts safety inspection within seven days of purchase, you should notify the dealer immediately. He may be required to fix the vehicle or refund your money. This vehicle is covered by the implied warranties of merchantability and fitness for a particular purpose. THESE IMPLIED WARRANTIES ARE IN ADDITION TO ANY OTHER WARRANTIES GIVEN BY THE DEALER.

☐ This vehicle carries an express warranty. You may obtain a written copy of such warranty from the dealer upon request.

☒ This vehicle does not carry an express warranty.

Any warranties by a manufacturer or supplier other than our Dealership are theirs, **not** ours, and only such manufacturer or supplier shall be liable for performance under such warranties. We neither assume nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle and related goods and services. CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) The information you see on the window form for this vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale. Traducción española: Vea el dorso.

### TRADE-IN VEHICLE INFORMATION

| Year | Make | Model | Color |
|---|---|---|---|
| 2016 | TOYOTA | COROLLA | GRAY |

Odometer Reading: 77471  ☐ Not Accurate
VIN/Serial No.: 5YFBURHE2GP445826
Trade-In Allowance: 7000.00
Balance Owed & Lienholder: 11936.71  DCU

### Pricing

| | |
|---|---|
| CASH PRICE OF VEHICLE | 17933.00 |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| TOTAL SELLING PRICE | 17933.00 |
| DISCOUNT/OVER ALLOWANCE | N/A |
| LESS: TRADE-IN ALLOWANCE | 7000.00 |
| DEALER PREP FEE | 199.00 |
| DOC FEE | 399.00 |
| SUBTOTAL TAXABLE SALES PRICE | 11531.00 |
| SALES TAX | 720.69 |
| REGISTRATION FEE / TITLE FEE | 100.00 |
| MASS STATE INSPECTION FEE | 35.00 |
| | N/A |
| | N/A |
| | N/A |
| TOYOTA (GAP) | 1050.00 |
| ALLSTATE | 1996.00 |
| TOTAL AMOUNT DUE | 15432.69 |
| DEPOSIT/DOWN PAYMENT* | N/A |
| PRIOR BALANCE DUE ON TRADE | 11936.71 |
| LESS CASH DUE AT DELIVERY | N/A |
| AMOUNT TO BE FINANCED (See Paragraphs 12, 16, and 18) | 27369.40 |

### CONDITIONS PRECEDENT TO DEALER'S ACCEPTANCE

This contract is not binding upon either the dealer or the purchaser until the following conditions are met:
1. N/A
2. N/A
3. N/A

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

X N/A         X N/A

* ☐ **DEPOSIT/** ☐ **DOWN PAYMENT:** The sum of $ N/A was received from you as a Deposit/Down Payment. It is refundable, except as set forth in the paragraph titled "YOUR FAILURE TO PERFORM OBLIGATIONS". In the case of a Deposit, we will refrain from selling the Vehicle for 0 days. By signing below, you acknowledge that you have read and agree to the "YOUR FAILURE TO PERFORM OBLIGATIONS".

X N/A  Initials          X N/A  Initials

### OTHER MATERIAL UNDERSTANDINGS AND INTEGRATED DOCUMENTS

☐ IF BOX IS MARKED, PLEASE SEE THE DELIVERY CONFIRMATION
☐ IF BOX IS MARKED, PLEASE SEE THE CONDITIONAL (SPOT) DELIVERY AGREEMENT

**TOYOTA MOTOR CREDIT CORPORATION** is the entire agreement affecting this Motor Vehicle Purchase Contract and no other agreement or understanding of any nature concerning the same has been made or entered into, or will be recognized. I have read all of the terms and conditions of this Contract and agree to them as if they were printed above my signature. I further acknowledge receipt of a copy of this Contract. This Contract shall not become binding until signed and accepted by an Authorized Dealership Representative.

Purchaser: _____  Date: 01/27/2021
E-SIGNED by DANIELLE SPRING     Date: 01/27/2021
Accepted by Authorized Dealership Representative

Purchaser: N/A  Date: _____
DealerCAP

53292*1*HT-FI
CATALOG #8963286

01/27/2021  04:39 pm
© 2015 CDK Global, LLC  Massachusetts (01/16)

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT
# SIMPLE INTEREST – MASSACHUSETTS


TOYOTA FINANCIAL SERVICES

Dealer Number: ▓▓▓▓  Contract Date: 01/27/2021

**BUYER AND CO-BUYER NAME(S) AND ADDRESS(ES)**
JENNIFER E GONZALEZ
27 HAYNES ST APT 1
Worcester, County of WORCESTER, MA 01603

2

**CREDITOR (SELLER NAME AND ADDRESS)**
HARR TOYOTA, INC.
100 GOLD STAR BOULEVARD
WORCESTER, MA 01606

**Meaning of Words.** In this contract, the words "you," "your" and "yours" refer to the Buyer and Co-Buyer, if any. The word "Creditor" refers to the Creditor (Seller) named above and, after assignment, to Toyota Motor Credit Corporation ("TMCC") and any subsequent assignee.

**Who is Bound.** You may buy the vehicle described below for cash or on credit. The cash price is shown on page two as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the terms on all pages of this contract and you are individually liable to the Creditor for any amount due.

**Description of Vehicle.** You agree to buy and the Creditor agrees to sell you the following motor vehicle, the "Vehicle":

**Vehicle**
2020 Toyota Corolla SE CVT

| New, Used, or Demo | Vehicle Identification Number | Primary Purpose | Odometer Mileage |
|---|---|---|---|
| Used | JTDS4RCE3LJ031704 | Personal | 14287 |

**Trade-In Vehicle**
2016 Toyota Corolla

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 0.00 is |
|---|---|---|---|---|
| 4.43 % | $ 4,570.76 | $ 27,369.40 | $ 31,940.16 | $ 31,940.16 |

**Your Payment Schedule Will Be:**

| Number of Payments: | Amount of Each Payment: | When Payments Are Due: |
|---|---|---|
| One Deferred Downpayment of | $ N/A | N/A |
| 84 Regular Payments of | $380.24 | Monthly, beginning 03/13/2021 |
| One Final Payment of | $ N/A | N/A |

**Late Charge:** If a payment is not paid in full within **15** days after it is due, you will pay a late charge of **5%** of the unpaid amount of the late payment or **$5.00**, whichever is less.

**Prepayment.** If you pay off all of your debt early, you will not have to pay a penalty.

**Security.** You are giving a security interest in the Vehicle being purchased.

**Other Terms.** Please read all pages of this contract for additional information about security interests, nonpayment, default, any required repayment in full before the scheduled date, and penalties.

**THE INSURANCE, IF ANY, REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

*THE ANNUAL PERCENTAGE RATE MAY BE NEGOTIATED WITH THE DEALER. THE DEALER MAY ASSIGN THIS CONTRACT AND RETAIN ITS RIGHT TO RECEIVE A PART OF THE FINANCE CHARGE.*



- THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT
# SIMPLE INTEREST – MASSACHUSETTS



## Itemization of Amount Financed

1. Cash Price (including any accessories, services and taxes) — $ 18,653.69 (1)
2. Downpayment
   A. Gross Trade-in Value — $ 7,000.00
   B. Payoff of Existing Lien or Lease Balance on Trade-in Vehicle — $ 11,936.71
   C. Net Trade-in Value (A - B) (indicate if negative number) — $ -4,936.71
   D. Remaining Cash Downpayment (including Deferred Downpayment of $ N/A payable before the due date of the first regularly scheduled payment) — $ N/A
   E. Rebates and Non-Cash Incentives — $ 0.00
   F. Subtotal (C + D + E) — $ -4,936.71
   G. TOTAL DOWNPAYMENT (if Subtotal is negative, Total Downpayment is $0.00) — $ 0.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) — $ 18,653.69 (3)
4. A. Amounts Paid to Others on Your Behalf (the Creditor may retain or receive a portion of these amounts):
   (i) Price of Required Physical Damage Insurance Purchased from the Insurance Company Named Below – Covering Damage to the Vehicle — $ N/A
   (ii) Price of Optional Credit Insurance Purchased from the Insurance Company or Companies Named Below
       Life $ N/A  Disability, Accident and Health $ N/A — $ N/A
   (iii) Price of Optional Mechanical Breakdown Protection or Service Contract Purchased from the Creditor - Covering Certain Mechanical Repairs — $ 1,996.00
   (iv) Price of Optional Debt Cancellation Coverage or Guaranteed Auto Protection ("GAP") Purchased from the GAP Provider Named Below – Covering a Waiver of Deficiency upon Total Loss of Vehicle — $ 1,050.00
   (v) Other Charges (Creditor must identify who will receive payment and describe purpose)

   | To | For | Amount |
   |---|---|---|
   | DCU | Prior Credit or Lease Balance | $ 4,936.71 |
   | HARR | DOCUMENT FEE | $ 598.00 |
   | HARR | INSPECTION | $ 35.00 |
   | N/A | N/A | $ N/A |
   | N/A | N/A | $ N/A |
   | N/A | N/A | $ N/A |
   | N/A | N/A | $ N/A |
   | N/A | N/A | $ N/A |
   | N/A | N/A | $ N/A |
   | N/A | N/A | $ N/A |

   B. Other Amounts Paid to Others on Your Behalf
   (i) Official Fees Paid to Public Officials — $ N/A
   (ii) Taxes Paid to Government Agencies (Not Included in Cash Price) — $ N/A
   (iii) Government License Fees — $ N/A
   (iv) Government Registration Fees — $ 25.00
   (v) Government Certificate of Title Fees — $ 75.00

   Total Other Charges and Amounts Paid to Others on Your Behalf — $ 8,715.71 (4)
5. Amount Financed – Unpaid Balance (3+4) — $ 27,369.40 (5)

- THIS CUSTOMER COMPLETED COPY WAS CREATED ON 01/28/2021 03:12:04 PM GMT

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

- THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT
## SIMPLE INTEREST – MASSACHUSETTS


TOYOTA FINANCIAL SERVICES

### REQUIRED PHYSICAL DAMAGE INSURANCE

Physical damage insurance is required, but you may provide the required insurance coverage through an existing policy of insurance owned or controlled by you or through anyone you want who is reasonably acceptable to the Creditor. If you buy it through the Creditor and are accepted by the insurance company, the policies or certificates issued by the insurance company will describe the terms and conditions. The purchase price of this insurance is shown in 4A(i) of the Itemization Section.

Insurance Company N/A          Term: N/A months

☐ $ _____N/A_____ Deductible Collision AND

☐ $ _____N/A_____ Deductible other than Collision including Fire, Theft and Combined Additional Coverage

### OPTIONAL INSURANCE AND OTHER OPTIONAL PRODUCTS

**Optional Credit Insurance. YOU CANNOT BE DENIED CREDIT SIMPLY BECAUSE YOU CHOOSE NOT TO BUY CREDIT INSURANCE. CREDIT LIFE INSURANCE AND CREDIT ACCIDENT AND HEALTH INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT. INSURANCE WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL CHARGE.** The purchase price is shown below and in 4A(ii) of the Itemization Section.

☐ Credit Life - ☐ Single Coverage (Buyer Only) ☐ Joint Coverage  Term (Months) N/A  Premium $ N/A
I want the specified credit life coverage.

| Buyer Signature | Date | Co-Buyer Signature | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

☐ Credit Disability - Single Coverage (Buyer Only)  Term (Months) N/A  Premium $ N/A
I want the specified credit disability coverage.

| Buyer Signature | Date | Co-Buyer Signature | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

If you elect optional credit insurance coverage and are accepted by the insurance company, the terms and conditions will be as described in the policies or certificates issued by the insurance company. The original amount of the decreasing term credit life insurance will not exceed $ N/A. Credit disability insurance payments will equal the monthly payment amount but will not be more than $ N/A.

Insurance Company N/A

**Optional Mechanical Breakdown Protection ("MBP"):** Mechanical breakdown protection is not required to obtain credit and you may purchase it from anyone you want who is reasonably acceptable to the Creditor. You may purchase MBP under this contract by signing below and agreeing to pay the purchase price which is shown in 4(iii) of the Itemization above.

The terms of this protection are provided in the separate contract describing the protection. If you purchase this protection, you have reviewed the terms of the contract which describes this protection and you understand that a copy of your completed contract will be sent to you by the MBP company.

MBP Company PABLO CREEK SVCS, INC.                    $ 100.00 Deductible

**APPROVAL: YOU WANT TO OBTAIN THE OPTIONAL MECHANICAL BREAKDOWN PROTECTION.**

| Buyer Signature | Date | Co-Buyer Signature | Date |
|---|---|---|---|
| /s/ | 01/27/2021 | N/A | N/A |

**Optional Debt Cancellation Contract or Guaranteed Auto Protection ("GAP").** GAP is not required to obtain credit and you may purchase it from anyone you want who is reasonably acceptable to the Creditor. You may purchase GAP under this contract by signing below and agreeing to pay the purchase price to the Creditor, which is shown in 4A(iv) of the Itemization Section. If you elect this optional GAP coverage and are accepted by the GAP provider, the terms and conditions will be as described in the GAP agreement issued by that provider.

GAP Provider TMIS

**APPROVAL: YOU WANT TO OBTAIN THE GUARANTEED AUTO PROTECTION DESCRIBED ABOVE.**

| Buyer Signature | Date | Co-Buyer Signature | Date |
|---|---|---|---|
| /s/ | 01/27/2021 | N/A | N/A |

- THIS CUSTOMER COMPLETED COPY WAS CREATED ON 01/28/2021 03:12:04 PM GMT

THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT
# SIMPLE INTEREST – MASSACHUSETTS



## Other Important Agreements

**1. Payments Before or After Scheduled Due Date.** This is a simple interest contract. This means that the amount of the Finance Charge may vary. The Finance Charge and Total of Payments shown on page one of the contract are based on the assumption that all payments are made when due. The Creditor credits each payment first to accrued Finance Charge, then to the unpaid balance of the Amount Financed and the remainder to unpaid charges. The Creditor computes your Finance Charge each day on the unpaid balance of the Amount Financed. The earlier you make payments before their due dates, the less Finance Charge you will owe. The Creditor will send you a check for any amount owed to you after your last payment. The later you make payments after they are due, the greater the Finance Charge. The Creditor will advise you of any additional amount you owe at the end of the contract term. You understand that payment of any installment after it is due will be a default on your part as stated below.

**2. Ownership, Location and Risk of Loss.** You agree to pay the Creditor all you owe under this contract even if the vehicle is damaged, destroyed or missing. You agree not to sell, transfer, rent, lease or remove the vehicle from the state in which you reside on the date of this contract without the prior written permission of the Creditor. The vehicle will be kept at the address you specify in this contract unless another address is provided to the Creditor in writing. You will notify the Creditor in writing of any change in your address where the vehicle is regularly located. Under no circumstances will you be permitted to remove the vehicle from the United States, except to Canada and then only for a period of **30 days** or less. You agree to keep the vehicle properly maintained. You agree not to expose the vehicle to misuse or confiscation, forfeiture or other involuntary transfer regardless of whether the vehicle becomes the subject of formal judicial or administrative proceedings. You will make sure the Creditor's security interest (lien) on the vehicle is shown on the title.

**3. Taxes and Other Charges.** You are responsible for and will pay when due all taxes, repair bills, storage bills, fines, assessments and other charges in connection with the vehicle. If you fail to pay these amounts the Creditor may do so for you. If the Creditor does so, you agree to repay the amount when the Creditor asks for it. You agree to comply with all registration, licensing, tax and title laws applicable to the vehicle.

**4. Security Interest.** You hereby grant the Creditor a security interest in: (1) the vehicle being purchased, any accessories and equipment then installed in the vehicle, any accessions installed in or affixed to the vehicle and any replacement parts installed in the vehicle; (2) insurance premiums, and charges for mechanical breakdown protection, guaranteed auto protection contracts or other optional products returned to the Creditor; (3) proceeds of any insurance policies, mechanical breakdown protection, guaranteed auto protection contracts or other optional products on the vehicle; and (4) proceeds of any insurance policies on your life or health which are financed in this contract. This secures payment of all amounts you owe in this contract and in any transfer, renewal, extension, refinancing or assignment of this contract. It also secures your other agreements in this contract.

**5. Required Physical Damage Insurance.** You agree to have physical damage insurance covering loss or damage to the vehicle for the term of this contract. The physical damage insurance must name the Creditor as loss payee and must require 10 days advance written notice to the Creditor before any cancellation or reduction in the insurance coverage. You agree to deliver promptly to the Creditor whatever written proof of insurance coverage the Creditor may reasonably request. At any time during the term of this contract, if you do not have physical damage insurance which covers both the interest of you and the Creditor in the vehicle, then the Creditor may buy it for you. If the Creditor does not buy physical damage insurance which covers both interests in the vehicle, it may, if it decides, buy insurance which covers only the Creditor's interest.

The Creditor is under no obligation to buy any insurance, but may do so if it desires. If the Creditor buys either of these coverages, it will let you know what type it is and the charge you must pay. The charge will consist of the cost of the insurance with a finance charge at the Annual Percentage Rate applicable to this contract or, if that rate is not authorized, the highest lawful contract rate. You agree to pay the charge in equal installments along with the payments shown on the payment schedule.

If the vehicle is lost or damaged, you agree that the Creditor can use any insurance settlement either to repair the vehicle or to apply to your debt.

**6. Late Charge.** If any payment is not paid in full within **15** days after it is due, you agree to pay a late charge of **5%** of the unpaid amount of the late payment or **$5.00**, whichever is less. Acceptance of a late payment or late charge does not excuse your late payment or mean that you can keep making payments after they are due. The Creditor may also take the steps set forth below if there is any late payment.

**7. Optional Insurance or Optional Contracts.** This contract may contain charges for optional insurance, mechanical breakdown protection, guaranteed auto protection contracts or other optional products. If you default in your obligations under this contract, you agree that the Creditor may claim benefits under these contracts and terminate them to obtain refunds for unearned charges.

**8. Insurance or Optional Contract Charges Returned to Creditor.** If any charge for required insurance is returned to the Creditor, it may be credited to the maturing installments of your account or used to buy similar insurance or insurance which covers only the Creditor's interest in the vehicle. Any refund on optional insurance, mechanical breakdown protection, guaranteed auto protection contracts or other optional products obtained by the Creditor will be credited to your account. These credits will be applied to as many of your installments as they will cover, beginning with the final installment.

**9. Default and Right to Cure.** You will be in default under this contract if you fail to pay any payment according to the payment schedule or if any event occurs which substantially impairs the value of the vehicle. If you default under this contract you will have the right to cure your default in the manner and to the extent specified in the Massachusetts General Laws Annotated. Timely exercise of a right to cure will restore your rights under this contract as though no default had occurred.

**10. Required Repayment in Full Before the Scheduled Date.** Subject to your right to cure in the manner and to the extent specified in the Massachusetts General Laws Annotated, if you are in default, the Creditor can accelerate the payments under this contract and demand that you pay all that you owe at once.

**11. Repossession of the Vehicle for Failure to Pay.** Subject to your right to cure in the manner and to the extent specified in the Massachusetts General Laws Annotated, the Creditor can take the vehicle from you (repossession) if you default under this contract. Unless the vehicle is purchased primarily for personal, family or household use, the Creditor can, in order to take the vehicle, enter your property, or the property where it is stored, so long as it is done peacefully and lawfully. If the vehicle is purchased primarily for personal, family or household use, the Creditor may not enter property owned or rented by you in order to repossess unless you consent at that time or unless the Creditor's right to repossess has been determined by a court. If there is any personal property in the vehicle, such as clothing, the Creditor can store it for you. Any accessories, equipment or replacement parts will remain with the vehicle.

**12. Getting the Vehicle Back After Repossession.** If the Creditor repossesses the vehicle, you have the right to get it back (redeem) by paying the net amount then due under this contract, including any late charges and the actual and reasonable out of pocket expenses of taking, storing and reconditioning the vehicle. If the Creditor has given you notice that it intends to require full payment and notifies you that full payment is required you will have to pay the net amount you owe on the contract (not just past due payments). Your right to redeem will end when the vehicle is sold or when the Creditor enters into a contract for its disposition, whichever occurs first.

**13. Sale of the Repossessed Vehicle.** The Creditor will send you a written notice of sale at least **20** days before selling the vehicle. If you do not redeem the vehicle by the date on the notice, the Creditor can sell it. The Creditor will use the net proceeds of the sale to pay all or part of your debt.

To the extent permitted by law, the net proceeds of sale will be figured this way: Any reasonable possession and storage costs and, if the vehicle is purchased primarily for business or agricultural use, any late charges, any charges for cleaning, advertising, and selling the vehicle, and any reasonable attorney's fees and court costs will be subtracted from the selling price.

If you owe the Creditor less than the net proceeds of sale, the difference is owed you unless the Creditor is required to pay it to someone else. For example, the Creditor may be required to pay a lender who has given you a loan and also taken a security interest in the vehicle.

If you owe more than the net proceeds of sale, and the vehicle is purchased primarily for personal, family or household use, you will pay the difference between the fair market value of the vehicle and what you owe when the Creditor asks for it, unless the unpaid balance on the date of default is **$2,000** or less. However, if you owe more than the net proceeds of sale and the vehicle is purchased primarily for business or agricultural use, you will pay the Creditor the difference between the net proceeds of sale and what you owe when the Creditor asks for it. If you do not pay this amount when asked, you may also be charged interest at the Annual Percentage Rate applicable to this contract, not to exceed the highest lawful rate, until you do pay all you owe.

 – THIS CUSTOMER COMPLETED COPY WAS CREATED ON 01/26/2021 03:12:04 PM GMT

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT
# SIMPLE INTEREST – MASSACHUSETTS



**14. Collection Costs.** You agree to pay the Creditor a check collection charge not to exceed $10 in addition to any amount charged by the financial institution for each check, draft or other form of payment which is returned or dishonored for any reason.

**15. Credit Information.** You hereby authorize the Creditor to investigate your creditworthiness and credit capacity in connection with the establishment, maintenance and collection of your account and to furnish information concerning your account, including insurance information, to credit reporting agencies and others who may lawfully receive such information.

**16. Delay in Enforcing Rights and Changes in this Contract.** The Creditor can delay or refrain from enforcing any of its rights under this contract without losing them. For example, the Creditor can extend the time for making some payments without extending others. Any change in the terms of this contract must be in writing and signed by the Creditor. No oral changes are binding. If any part of this contract is not valid, all other parts will remain enforceable.

**17. Interest after Maturity.** If there is a balance due when this contract matures, you agree to pay interest at the Annual Percentage Rate applicable to this contract, or if that rate is not authorized, the highest lawful rate.

**18. Warranties Seller Disclaims.** You understand that the Seller is not offering any express warranties unless: (i) the Seller extends a written warranty; or (ii) the window form for a used or demonstration vehicle indicates that the Seller is giving express warranties.

**In addition, there are no implied warranties of merchantability or fitness for a particular purpose or any other implied warranties by the Seller covering the vehicle unless: (i) it is obtained primarily for personal, family or household use; (ii) the Seller extends a written warranty; (iii) within 90 days from the date of this contract, you enter into a service contract with the Seller which applies to the motor vehicle being purchased; or (iv) the window form for a used or demonstration vehicle states that the Seller is giving implied warranties. To the extent permitted by applicable law, the Seller shall have no responsibility to you or to any other person with respect to any interruption of service, loss of business or anticipated profit or consequential damages.**

An implied warranty of merchantability generally means that the vehicle is fit for the ordinary purpose for which such vehicles are generally used. A warranty of fitness for a particular purpose is a warranty that may arise when the Seller has reason to know the particular purpose for which you require the vehicle and you rely on the Seller's skill or judgment to furnish a suitable vehicle.

This provision does not affect any warranties covering the vehicle which may be provided by the vehicle manufacturer.

**19. Governing Law.** This contract will be governed by the laws of the Commonwealth of Massachusetts.

**20. Used and Demonstration Car Buyer's Guide. The Information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in this contract of sale.** The preceding NOTICE applies only to a used or demonstration vehicle sale.

Guía Para Compradores de Vehículos Usados o Demostraciones. La Información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La Información del formulario de la ventanilla deja sin efecto todas las disposiciones en contrario contenida en el contrato de venta. El AVISO anterior se aplica solamente a la venta de vehículo usado o demostración.

**21. Electronic Contracting and Signature Acknowledgement.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, you will not assert against any subsequent holder or assignee of this contract any claims or defenses you (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

3103MA (12/20/17)

- THIS CUSTOMER COMPLETED COPY WAS CREATED ON 01/28/2021 03:12:04 PM GMT

- THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT
# SIMPLE INTEREST – MASSACHUSETTS


**TOYOTA FINANCIAL SERVICES**

**Receipt of Goods and Promise to Pay.** You agree that you have received the vehicle and/or services described above, and have accepted delivery of the vehicle in good condition. You promise to pay to the Creditor the Total Sale Price shown above by making the Total Downpayment and paying the Creditor the Total of Payments in accordance with the Payment Schedule shown on page one and all other amounts due under this contract.

**IMPORTANT: THE TERMS AND CONDITIONS ON ALL PAGES OF THIS DOCUMENT ARE PART OF THIS CONTRACT. READ THESE TERMS AND CONDITIONS BEFORE SIGNING BELOW.**

If there is a balance due when this contract matures, interest on the unpaid balance will accrue at the following rate until paid in full: __4.43__ %

**NOTICE TO THE BUYER:** 1. Do not sign this contract if any of the spaces intended for the agreed terms, to the extent of then available information, are left blank. 2. You are entitled to an exact copy of the contract you signed. 3. Under the law, you have the following rights, among others: (a) to pay off in advance the full amount due and to obtain a partial refund of the Finance Charge; (b) to redeem the property if repossessed for a default; (c) to require, under certain circumstances, a resale of the property if repossessed.

You signed this contract and received a completely filled in copy.

Buyer Signature: [signature]  Date: 01/27/2021
Name: JENNIFER E GONZALEZ

Co-Buyer Signature: N/A  Date: N/A
Name: N/A

Seller Signature: [signature]  Date: 01/27/2021
Name: HARR TOYOTA, INC.

**SELLER'S ASSIGNMENT**
Seller sells and assigns to Toyota Motor Credit Corporation ("TMCC") all of its rights, title and interest in this Contract in accordance with the terms of the Retail Sales Financing Agreement between Seller and TMCC.

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation.

Page 6 of 6

3103MA (12/20/17)

 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 01/26/2021 03:12:04 PM GMT

 
REGISTRY OF MOTOR VEHICLES

# CERTIFICATE OF REGISTRATION

M.G.L. Chapter 90 Section 24B makes it a crime to alter this Certificate
**MASSACHUSETTS DEPARTMENT OF TRANSPORTATION**

| Field | Value |
|---|---|
| INTERNAL CODE | PAN |
| REGISTRATION TYPE | Passenger Normal Red |
| PLATE NUMBER | 9FJ263 |
| EFFECTIVE DATE | 29-Jan-2021 |
| EXPIRES ON | 31-Mar-2021 |
| MODEL YEAR | 2020 |
| MAKE | TOYO |
| MODEL | COROLL |
| BODY STYLE | SEDAN |
| COLOR | BLUE |
| VEHICLE IDENTIFICATION NUMBER | JTDS4RCE3LJ031704 |
| GARAGE ADDRESS | 27 HAYNES ST APT 1 WORCESTER MA 01603-2972 |
| NAME(S) OF OWNER(S) AND MAILING ADDRESS | JENNIFER E GONZALEZ, 27 HAYNES ST APT 1, WORCESTER MA 01603-2972 |
| INSURANCE COMPANY | GEICO GENERAL INSURANCE COMPANY |

*Registrar of Motor Vehicles*

CHANGE OF ADDRESS: ☐ RESIDENTIAL  ☐ MAILING  ☐ GARAGE

**SPECIAL MESSAGE**
If this vehicle is newly acquired, it must be inspected within 7 days of registration.

## Important information for vehicle owners

- **Certificate of Registration:** Every person operating a motor vehicle shall have the Certificate of Registration for the motor vehicle and/or trailer, in the vehicle, in some easily accessible place. The records of the RMV constitute the official status of the vehicle registration.

- **Change of Address:** By law, you must report any change of address to the RMV within 30 days. Visit mass.gov/rmv to change your address. Once you have reported the address change to the RMV, please write corrected address in box provided above.

- **No Insurance Card Required:** Massachusetts law does not require an insurance card. M.G.L. Chapter 90, Section 34, and Chapter 175, Section 113A, requires the vehicle's owner to maintain a compulsory motor vehicle liability insurance policy or bond for bodily injury coverage and property damage insurance. The insurer is required by law to electronically notify the Registry of Motor Vehicles if coverage lapses. The vehicle owner is then notified by the RMV to obtain new insurance within 10 days or the registration will be revoked. Bonds are filed with the State Treasurer's Office.

- **Transferring Your Plates:** Massachusetts General Law (M.G.L. Chapter 90, Section 2) allows you to transfer valid registration plates from this vehicle to a newly acquired new or used motor vehicle or trailer while you obtain insurance and a new registration. See the Transferring a Registration Section on the RMV's website at mass.gov/rmv for more information.

- **Cancel the registration plates if:**
  - The vehicle has been sold or junked and the registration is not going to be transferred to another vehicle.
  - You move to another state and you register the vehicle in that state.
  - The insurance policy is not renewed or is cancelled and there is no plan to obtain a new policy.

Skip the Line, Go Online! Visit Mass.Gov/RMV for list of available transactions.

4

 myRMV 



**MASS.GOV**     **LOCATIONS**     **REAL ID INFORMATION**

‹ Home

# Enter Vehicle Information

I don't have my title number 

**Full VIN**
JTDS4RCE3LJ031704

**Title Number**



© 2024 Commonwealth of Massachusetts.

Mass.gov® is a registered service mark of the Commonwealth of Massachusetts.

**Mass.gov Privacy Policy**

Feedback

**Title Issue Date**
12-Feb-2021

**Title Print Date**
27-Nov-2023

**Title Mailed To**
P********* COLLEGE STATION, TX 77842

## Liens

| Lien Holder Name | Is an Electronic Title Holder |
|---|---|
| TOYOTA MOTOR CREDIT CORP | No |