Dealer Number: 0000020101    Contract Date: 01/27/2021

**BUYER AND CO-BUYER NAME(S) AND ADDRESS(ES)**
JENNIFER E GONZALEZ
27 HAYNES ST APT 1
Worcester, County of WORCESTER, MA 01603

COPY NOT ORIGINAL

Exhibit B

**CREDITOR (SELLER NAME AND ADDRESS)**
HARR TOYOTA, INC.
100 GOLD STAR BOULEVARD
WORCESTER, MA 01606

**Meaning of Words.** In this contract, the words "you," "your" and "yours" refer to the Buyer and Co-Buyer, if any. The word "Creditor" refers to the Creditor (Seller) named above and, after assignment, to Toyota Motor Credit Corporation ("TMCC") and any subsequent assignee.

**Who is Bound.** You may buy the vehicle described below for cash or on credit. The cash price is shown on page two as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the terms on all pages of this contract and you are individually liable to the Creditor for any amount due.

**Description of Vehicle.** You agree to buy and the Creditor agrees to sell you the following motor vehicle, the "Vehicle":

**Vehicle**
2020 Toyota Corolla SE CVT

| New, Used, or Demo | Vehicle Identification Number | Primary Purpose | Odometer Mileage |
|---|---|---|---|
| Used | JTDS4RCE3LJ031704 | Personal | 14287 |

**Trade-In Vehicle**
2016 Toyota Corolla

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your downpayment of $ 0.00 is |
|---|---|---|---|---|
| 4.43 % | $ 4,570.76 | $ 27,369.40 | $ 31,940.16 | $ 31,940.16 |

**Your Payment Schedule Will Be:**

| Number of Payments: | Amount of Each Payment: | When Payments Are Due: |
|---|---|---|
| One Deferred Downpayment of | $ N/A | N/A |
| 84 Regular Payments of | $380.24 | Monthly, beginning 03/13/2021 |
| One Final Payment of | $ N/A | N/A |

**Late Charge:** If a payment is not paid in full within **15** days after it is due, you will pay a late charge of **5%** of the unpaid amount of the late payment or **$5.00**, whichever is less.

**Prepayment.** If you pay off all of your debt early, you will not have to pay a penalty.

**Security.** You are giving a security interest in the Vehicle being purchased.

**Other Terms.** Please read all pages of this contract for additional information about security interests, nonpayment, default, any required repayment in full before the scheduled date, and penalties.

THE INSURANCE, IF ANY, REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.

***THE ANNUAL PERCENTAGE RATE MAY BE NEGOTIATED WITH THE DEALER. THE DEALER MAY ASSIGN THIS CONTRACT AND RETAIN ITS RIGHT TO RECEIVE A PART OF THE FINANCE CHARGE.***

## Itemization of Amount Financed

1. Cash Price (including any accessories, services and taxes) — $ 18,653.69 (1)
2. Downpayment
   - A. Gross Trade-in Value — $ 7,000.00
   - B. Payoff of Existing Lien or Lease Balance on Trade-in Vehicle — $ 11,936.71
   - C. Net Trade-in Value (A - B) (indicate if negative number) — $ -4,936.71
   - D. Remaining Cash Downpayment (including Deferred Downpayment of $ _____ N/A payable before the due date of the first regularly scheduled payment) — $ N/A
   - E. Rebates and Non-Cash Incentives — $ 0.00
   - F. Subtotal (C + D + E) — $ -4,936.71
   - G. TOTAL DOWNPAYMENT (if Subtotal is negative, Total Downpayment is $0.00) — $ 0.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) — $ 18,653.69 (3)
4. A. Amounts Paid to Others on Your Behalf (the Creditor may retain or receive a portion of these amounts):
   - (i) Price of Required Physical Damage Insurance Purchased from the Insurance Company Named Below – Covering Damage to the Vehicle — $ N/A
   - (ii) Price of Optional Credit Insurance Purchased from the Insurance Company or Companies Named Below
     Life $ _____ N/A   Disability, Accident and Health $ _____ N/A — $ N/A
   - (iii) Price of Optional Mechanical Breakdown Protection or Service Contract Purchased from the Creditor - Covering Certain Mechanical Repairs — $ 1,996.00
   - (iv) Price of Optional Debt Cancellation Coverage or Guaranteed Auto Protection ("GAP") Purchased from the GAP Provider Named Below – Covering a Waiver of Deficiency upon Total Loss of Vehicle — $ 1,050.00
   - (v) Other Charges (Creditor must identify who will receive payment and describe purpose)

   | To | For | Amount |
   |---|---|---|
   | To DCU | For Prior Credit or Lease Balance | $ 4,936.71 |
   | To HARR | For DOCUMENT FEE | $ 598.00 |
   | To HARR | For INSPECTION | $ 35.00 |
   | To N/A | For N/A | $ N/A |
   | To N/A | For N/A | $ N/A |
   | To N/A | For N/A | $ N/A |
   | To N/A | For N/A | $ N/A |
   | To N/A | For N/A | $ N/A |
   | To N/A | For N/A | $ N/A |
   | To N/A | For N/A | $ N/A |

   B. Other Amounts Paid to Others on Your Behalf
   - (i) Official Fees Paid to Public Officials — $ N/A
   - (ii) Taxes Paid to Government Agencies (Not Included in Cash Price) — $ N/A
   - (iii) Government License Fees — $ N/A
   - (iv) Government Registration Fees — $ 25.00
   - (v) Government Certificate of Title Fees — $ 75.00

   Total Other Charges and Amounts Paid to Others on Your Behalf — $ 8,715.71 (4)
5. Amount Financed – Unpaid Balance (3+4) — $ 27,369.40 (5)

## REQUIRED PHYSICAL DAMAGE INSURANCE

Physical damage insurance is required, but you may provide the required insurance coverage through an existing policy of insurance owned or controlled by you or through anyone you want who is reasonably acceptable to the Creditor. If you buy it through the Creditor and are accepted by the insurance company, the policies or certificates issued by the insurance company will describe the terms and conditions. The purchase price of this insurance is shown in 4A(i) of the Itemization Section.

Insurance Company N/A                                                                                          Term: N/A        months

☐ $ _____ N/A Deductible Collision AND

☐ $ _____ N/A Deductible other than Collision including Fire, Theft and Combined Additional Coverage

## OPTIONAL INSURANCE AND OTHER OPTIONAL PRODUCTS

**Optional Credit Insurance.** YOU CANNOT BE DENIED CREDIT SIMPLY BECAUSE YOU CHOOSE NOT TO BUY CREDIT INSURANCE. CREDIT LIFE INSURANCE AND CREDIT ACCIDENT AND HEALTH INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT. INSURANCE WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL CHARGE. The purchase price is shown below and in 4A(ii) of the Itemization Section.

☐ **Credit Life** - ☐ Single Coverage (Buyer Only)   ☐ Joint Coverage   Term (Months) N/A   Premium $ _____ N/A

I want the specified credit life coverage.

| Buyer Signature | Date | Co-Buyer Signature | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

☐ **Credit Disability** - Single Coverage (Buyer Only)   Term (Months) N/A   Premium $ _____ N/A

I want the specified credit disability coverage.

| Buyer Signature | Date | Co-Buyer Signature | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

If you elect optional credit insurance coverage and are accepted by the insurance company, the terms and conditions will be as described in the policies or certificates issued by the insurance company. The original amount of the decreasing term credit life insurance will not exceed $ _____ N/A . Credit disability insurance payments will equal the monthly payment amount but will not be more than $ _____ N/A .

Insurance Company N/A

**Optional Mechanical Breakdown Protection ("MBP"):** Mechanical breakdown protection is not required to obtain credit and you may purchase it from anyone you want who is reasonably acceptable to the Creditor. You may purchase MBP under this contract by signing below and agreeing to pay the purchase price which is shown in 4(iii) of the Itemization above.

The terms of this protection are provided in the separate contract describing the protection. If you purchase this protection, you have reviewed the terms of the contract which describes this protection and you understand that a copy of your completed contract will be sent to you by the MBP company.

MBP Company PABLO CREEK SVCS, INC.                                          $ _____ 100.00 Deductible

APPROVAL: YOU WANT TO OBTAIN THE OPTIONAL MECHANICAL BREAKDOWN PROTECTION.

| Buyer Signature | Date | Co-Buyer Signature | Date |
|---|---|---|---|
| [signed] | 01/27/2021 | N/A | N/A |

**Optional Debt Cancellation Contract or Guaranteed Auto Protection ("GAP").** GAP is not required to obtain credit and you may purchase it from anyone you want who is reasonably acceptable to the Creditor. You may purchase GAP under this contract by signing below and agreeing to pay the purchase price to the Creditor, which is shown in 4A(iv) of the Itemization Section. If you elect this optional GAP coverage and are accepted by the GAP provider, the terms and conditions will be as described in the GAP agreement issued by that provider.

GAP Provider TMIS

APPROVAL: YOU WANT TO OBTAIN THE GUARANTEED AUTO PROTECTION DESCRIBED ABOVE.

| Buyer Signature | Date | Co-Buyer Signature | Date |
|---|---|---|---|
| [signed] | 01/27/2021 | N/A | N/A |

## Other Important Agreements

**1. Payments Before or After Scheduled Due Date.** This is a simple interest contract. This means that the amount of the Finance Charge may vary. The Finance Charge and Total of Payments shown on page one of the contract are based on the assumption that all payments are made when due. The Creditor credits each payment first to accrued Finance Charge, then to the unpaid balance of the Amount Financed and the remainder to unpaid charges. The Creditor computes your Finance Charge each day on the unpaid balance of the Amount Financed. The earlier you make payments before their due dates, the less Finance Charge you will owe. The Creditor will send you a check for any amount owed to you after your last payment. The later you make payments after they are due, the greater the Finance Charge. The Creditor will advise you of any additional amount you owe at the end of the contract term. You understand that payment of any installment after it is due will be a default on your part as stated below.

**2. Ownership, Location and Risk of Loss.** You agree to pay the Creditor all you owe under this contract even if the vehicle is damaged, destroyed or missing. You agree not to sell, transfer, rent, lease or remove the vehicle from the state in which you reside on the date of this contract without the prior written permission of the Creditor. The vehicle will be kept at the address you specify in this contract unless another address is provided to the Creditor in writing. You will notify the Creditor in writing of any change in your address where the vehicle is regularly located. Under no circumstances will you be permitted to remove the vehicle from the United States, except to Canada and then only for a period of 30 days or less. You agree to keep the vehicle properly maintained. You agree not to expose the vehicle to misuse or confiscation, forfeiture or other involuntary transfer regardless of whether the vehicle becomes the subject of formal judicial or administrative proceedings. You will make sure the Creditor's security interest (lien) on the vehicle is shown on the title.

**3. Taxes and Other Charges.** You are responsible for and will pay when due all taxes, repair bills, storage bills, fines, assessments and other charges in connection with the vehicle. If you fail to pay these amounts the Creditor may do so for you. If the Creditor does so, you agree to repay the amount when the Creditor asks for it. You agree to comply with all registration, licensing, tax and title laws applicable to the vehicle.

**4. Security Interest.** You hereby grant the Creditor a security interest in: (1) the vehicle being purchased, any accessories and equipment then installed in the vehicle, any accessions installed in or affixed to the vehicle and any replacement parts installed in the vehicle; (2) insurance premiums, and charges for mechanical breakdown protection, guaranteed auto protection contracts or other optional products returned to the Creditor; (3) proceeds of any insurance policies, mechanical breakdown protection, guaranteed auto protection contracts or other optional products on the vehicle; and (4) proceeds of any insurance policies on your life or health which are financed in this contract. This secures payment of all amounts you owe in this contract and in any transfer, renewal, extension, refinancing or assignment of this contract. It also secures your other agreements in this contract.

**5. Required Physical Damage Insurance.** You agree to have physical damage insurance covering loss or damage to the vehicle for the term of this contract. The physical damage insurance must name the Creditor as loss payee and must require 10 days advance written notice to the Creditor before any cancellation or reduction in the insurance coverage. You agree to deliver promptly to the Creditor whatever written proof of insurance coverage the Creditor may reasonably request. At any time during the term of this contract, if you do not have physical damage insurance which covers both the interest of you and the Creditor in the vehicle, then the Creditor may buy it for you. If the Creditor does not buy physical damage insurance which covers both interests in the vehicle, it may, if it decides, buy insurance which covers only the Creditor's interest.

The Creditor is under no obligation to buy any insurance, but may do so if it desires. If the Creditor buys either of these coverages, it will let you know what type it is and the charge you must pay. The charge will consist of the cost of the insurance with a finance charge at the Annual Percentage Rate applicable to this contract or, if that rate is not authorized, the highest lawful contract rate. You agree to pay the charge in equal installments along with the payments shown on the payment schedule.

If the vehicle is lost or damaged, you agree that the Creditor can use any insurance settlement either to repair the vehicle or to apply to your debt.

**6. Late Charge.** If any payment is not paid in full within 15 days after it is due, you agree to pay a late charge of 5% of the unpaid amount of the late payment or $5.00, whichever is less. Acceptance of a late payment or late charge does not excuse your late payment or mean that you can keep making payments after they are due. The Creditor may also take the steps set forth below if there is any late payment.

**7. Optional Insurance or Optional Contracts.** This contract may contain charges for optional insurance, mechanical breakdown protection, guaranteed auto protection contracts or other optional products. If you default in your obligations under this contract, you agree that the Creditor may claim benefits under these contracts and terminate them to obtain refunds for unearned charges.

**8. Insurance or Optional Contract Charges Returned to Creditor.** If any charge for required insurance is returned to the Creditor, it may be credited to the maturing installments of your account or used to buy similar insurance or insurance which covers only the Creditor's interest in the vehicle. Any refund on optional insurance, mechanical breakdown protection, guaranteed auto protection contracts or other optional products obtained by the Creditor will be credited to your account. These credits will be applied to as many of your installments as they will cover, beginning with the final installment.

**9. Default and Right to Cure.** You will be in default under this contract if you fail to pay any payment according to the payment schedule or if any event occurs which substantially impairs the value of the vehicle. If you default under this contract you will have the right to cure your default in the manner and to the extent specified in the Massachusetts General Laws Annotated. Timely exercise of a right to cure will restore your rights under this contract as though no default had occurred.

**10. Required Repayment in Full Before the Scheduled Date.** Subject to your right to cure in the manner and to the extent specified in the Massachusetts General Laws Annotated, if you are in default, the Creditor can accelerate the payments under this contract and demand that you pay all that you owe at once.

**11. Repossession of the Vehicle for Failure to Pay.** Subject to your right to cure in the manner and to the extent specified in the Massachusetts General Laws Annotated, the Creditor can take the vehicle from you (repossession) if you default under this contract. Unless the vehicle is purchased primarily for personal, family or household use, the Creditor can, in order to take the vehicle, enter your property, or the property where it is stored, so long as it is done peacefully and lawfully. If the vehicle is purchased primarily for personal, family or household use, the Creditor may not enter property owned or rented by you in order to repossess unless you consent at that time or unless the Creditor's right to repossess has been determined by a court. If there is any personal property in the vehicle, such as clothing, the Creditor can store it for you. Any accessories, equipment or replacement parts will remain with the vehicle.

**12. Getting the Vehicle Back After Repossession.** If the Creditor repossesses the vehicle, you have the right to get it back (redeem) by paying the net amount then due under this contract, including any late charges and the actual and reasonable out of pocket expenses of taking, storing and reconditioning the vehicle. If the Creditor has given you notice that it intends to require full payment and notifies you that full payment is required you will have to pay the net amount you owe on the contract (not just past due payments). Your right to redeem will end when the vehicle is sold or when the Creditor enters into a contract for its disposition, whichever occurs first.

**13. Sale of the Repossessed Vehicle.** The Creditor will send you a written notice of sale at least 20 days before selling the vehicle. If you do not redeem the vehicle by the date on the notice, the Creditor can sell it. The Creditor will use the net proceeds of the sale to pay all or part of your debt.

To the extent permitted by law, the net proceeds of sale will be figured this way: Any reasonable possession and storage costs and, if the vehicle is purchased primarily for business or agricultural use, any late charges, any charges for cleaning, advertising, and selling the vehicle, and any reasonable attorney's fees and court costs will be subtracted from the selling price.

If you owe the Creditor less than the net proceeds of sale, the difference is owed you unless the Creditor is required to pay it to someone else. For example, the Creditor may be required to pay a lender who has given you a loan and also taken a security interest in the vehicle.

If you owe more than the net proceeds of sale, and the vehicle is purchased primarily for personal, family or household use, you will pay the difference between the fair market value of the vehicle and what you owe when the Creditor asks for it, unless the unpaid balance on the date of default is **$2,000** or less. However, if you owe more than the net proceeds of sale and the vehicle is purchased primarily for business or agricultural use, you will pay the Creditor the difference between the net proceeds of sale and what you owe when the Creditor asks for it. If you do not pay this amount when asked, you may also be charged interest at the Annual Percentage Rate applicable to this contract, not to exceed the highest lawful rate, until you do pay all you owe.

T381429808-DP381429809 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 01/28/2021 03:34:22 PM GMT

**14. Collection Costs.** You agree to pay the Creditor a check collection charge not to exceed $10 in addition to any amount charged by the financial institution for each check, draft or other form of payment which is returned or dishonored for any reason.

**15. Credit Information.** You hereby authorize the Creditor to investigate your creditworthiness and credit capacity in connection with the establishment, maintenance and collection of your account and to furnish information concerning your account, including insurance information, to credit reporting agencies and others who may lawfully receive such information.

**16. Delay in Enforcing Rights and Changes in this Contract.** The Creditor can delay or refrain from enforcing any of its rights under this contract without losing them. For example, the Creditor can extend the time for making some payments without extending others. Any change in the terms of this contract must be in writing and signed by the Creditor. No oral changes are binding. If any part of this contract is not valid, all other parts will remain enforceable.

**17. Interest after Maturity.** If there is a balance due when this contract matures, you agree to pay interest at the Annual Percentage Rate applicable to this contract, or if that rate is not authorized, the highest lawful rate.

**18. Warranties Seller Disclaims.** You understand that the Seller is not offering any express warranties unless: (i) the Seller extends a written warranty; or (ii) the window form for a used or demonstration vehicle indicates that the Seller is giving express warranties.

**In addition, there are no implied warranties of merchantability or fitness for a particular purpose or any other implied warranties by the Seller covering the vehicle unless: (i) it is obtained primarily for personal, family or household use; (ii) the Seller extends a written warranty; (iii) within 90 days from the date of this contract, you enter into a service contract with the Seller which applies to the motor vehicle being purchased; or (iv) the window form for a used or demonstration vehicle states that the Seller is giving implied warranties. To the extent permitted by applicable law, the Seller shall have no responsibility to you or to any other person with respect to any interruption of service, loss of business or anticipated profit or consequential damages.**

An implied warranty of merchantability generally means that the vehicle is fit for the ordinary purpose for which such vehicles are generally used. A warranty of fitness for a particular purpose is a warranty that may arise when the Seller has reason to know the particular purpose for which you require the vehicle and you rely on the Seller's skill or judgment to furnish a suitable vehicle.

This provision does not affect any warranties covering the vehicle which may be provided by the vehicle manufacturer.

**19. Governing Law.** This contract will be governed by the laws of the Commonwealth of Massachusetts.

**20. Used and Demonstration Car Buyer's Guide.** The Information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in this contract of sale. The preceding NOTICE applies only to a used or demonstration vehicle sale.

**Guía Para Compradores de Vehículos Usados o Demostraciones.** La Información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La Información del formulario de la ventanilla deja sin efecto todas las disposiciones en contrario contenidas en el contrato de venta. El AVISO anterior se aplica solamente a la venta de vehículo usado o demostración.

**21. Electronic Contracting and Signature Acknowledgement.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, you will not assert against any subsequent holder or assignee of this contract any claims or defenses you (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

# SIMPLE INTEREST – MASSACHUSETTS

**FINANCIAL SERVICES**

**Receipt of Goods and Promise to Pay.** You agree that you have received the vehicle and/or services described above, and have accepted delivery of the vehicle in good condition. You promise to pay to the Creditor the Total Sale Price shown above by making the Total Downpayment and paying the Creditor the Total of Payments in accordance with the Payment Schedule shown on page one and all other amounts due under this contract.

**IMPORTANT: THE TERMS AND CONDITIONS ON ALL PAGES OF THIS DOCUMENT ARE PART OF THIS CONTRACT. READ THESE TERMS AND CONDITIONS BEFORE SIGNING BELOW.**

If there is a balance due when this contract matures, interest on the unpaid balance will accrue at the following rate until paid in full: __4.43__ %

**NOTICE TO THE BUYER:** 1. Do not sign this contract if any of the spaces intended for the agreed terms, to the extent of then available information, are left blank. 2. You are entitled to an exact copy of the contract you signed. 3. Under the law, you have the following rights, among others: (a) to pay off in advance the full amount due and to obtain a partial refund of the Finance Charge; (b) to redeem the property if repossessed for a default; (c) to require, under certain circumstances, a resale of the property if repossessed.

You signed this contract and received a completely filled in copy.

Buyer Signature: [signature]   Date: 01/27/2021
Name: JENNIFER E GONZALEZ

Co-Buyer Signature: N/A   Date: N/A
Name: N/A

Seller Signature: [signature]   Date: 01/27/2021
Name: HARR TOYOTA, INC.

**SELLER'S ASSIGNMENT**
Seller sells and assigns to Toyota Motor Credit Corporation ("TMCC") all of its rights, title and interest in this Contract in accordance with the terms of the Retail Sales Financing Agreement between Seller and TMCC.

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation.

Page 6 of 6

3103MA (12/20/17)

T381429808-DP381429809 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 01/28/2021 03:34:22 PM GMT