Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

C.F.O of Toyota Financial Services
P.O. Box 22171
Tempe, AZ 85285

9590 9402 8106 2349 1557 38

Article Number (Transfer from service label)

7022 2410 0000 1792 3857

Form 3811, July 2020 PSN 7530-02-000-9053

X Willie Grant

B. Received by (Printed Name)    C. Date of Delivery

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Exhibit D

To:
ATTENTION: C.F.O. of
Toyota Financial Services
PO Box 22171
Tempe, AZ 85285
**Respondent**

From:
Jennifer-Enid:Gonzalez for
JENNIFER ENID GONZALEZ ESTATE
c / o 27 Haynes Street
Worcester, Massachusetts [01603]
non-domestic

U.S.P.S. CERTIFIED MAIL TRACKING NO. 70222410000017923857

July __7__, 2023.

## CEASE AND DESIST NOTICE

Dear Mr. / Ms. C.F.O.:

Throughout the time frame of January, 2021 to the present day, your company has repeatedly contacted me, claiming that I owe a debt under Toyota Financial Services account number 0247083636. I do not believe that I still owe this debt after your receipt of my presentment on June 23rd, 2023, containing debt instruments as well as instructions for the setoff, settlement and closure of this account. Further, I am requesting that you validate the claim that this debt has not yet been settled, set off and closed by affidavit under full commercial liability but you have disregarded the attempt to validate the debt. Such conduct from your company has caused me to suffer severe humiliation and embarrassment, emotional distress and physical discomfort as well as other private and/or commercial damages. You have violated 15 U.S.C 1692(c) of the Fair Debt Collection Practices Act and breached your duties as fiduciary trustee by harassing me regarding this debt. I demand that you cease and desist of this activity as soon as possible within (15) days from your receipt of this Notice. This includes eliminating this account from your records, discontinuing and retracting reports to and all credit reporting Bureaus and ceasing any and all communication to me. If action is not taken by you to cease and desist within the given time frame, I will have no choice but to take appropriate legal action against your firm.
Kindly govern yourself accordingly.

Respectfully
Without Prejudice,

_Jennifer - Enid: Gonzalez_

Jennifer-Enid:Gonzalez
**Attorney in Fact**

From: Jennifer-Enid:Gonzalez for
JENNIFER ENID GONZALEZ ESTATE
c/o 27 Haynes Street 1
Worcester, Massachusetts [01603]

Date: July __7__, 2023.

Account number: 0247083636

To: Toyota Financial Services
P.O Box 22171
Tempe, AZ 85285

U.S.P.S CERTIFIED MAIL TRACKING NO.
70222410000017923857

---

**AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST**
Consumer Enforcement as Administrative Counter-Claim by Private Right of Action

NOTICE TO AGENT IS NOTICE TO PRINCIPAL;
NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

Notice, it is a Fact, that, I, Jennifer-Enid:Gonzalez, agent for principal JENNIFER ENID GONZALEZ and affiant, I am a federally protected consumer, holder in due course, attorney, for any and all derivatives thereof for the surname/given name and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will be doing business as JENNIFER ENID GONZALEZ, and autograph as the agent and administrator in fact.

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ and affiant, has received a statement including the subject matter of an attempt to collect an alleged debt for the account number 0247083636.

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ and affiant, have reason to believe and do so believe, I the consumer, owe no such alleged debt(s) after accepting for value your June presentment/statement.

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ and affiant, am disputing this alleged debt, invoking my specified remedy as original creditor pursuant to 15 U.S.Code 1692c(c)(2) and pursuant to 15 U.S.Code 1692c(c) I demand you to cease any communications and collection activity of this alleged debt until you can provide me with the requested information in this affidavit herein.

Notice, it is a Fact, that, I, agent for the principal JENNIFER ENID GONZALEZ and affiant is aware, collection activity included furnishing any information on this subject matter to any consumer reports. There should be no publication or advertising of any kind until a dispute is resolved pursuant to 15 U.S.Code 1666a(a).

# AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ and affiant, demand that you send me the name and address of the original creditor via mail pursuant to 15 U.S.Code 1692g(b) in order to verify proof of the funding of this account ending in account number 3636. Without this information there can be no verification on who funded the original loan.

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ and affiant, due to my compromised bank account, I demand a money audit trail in accordance with 12 U.S.Code 5562(c)(10) in order to verify what has occurred with this account ending in account number 3636 for Toyota Financial Services to come back and say i owe any such alleged debt.

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ, demand a statement stating the the bank in fact loaned the associated debt money from their own assets in order to verify there is in fact a proof of claim of this debt. Without this I cannot verify any valid claims of alleged debt in the name of my principal obligor.

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ and affiant, demand a certified copy of the original certificate of indebtedness in order to verify Toyota Financial Services is in fact the current holder in due course there is in fact proof of claim of this debt. Without this I cannot Verify, and there cannot be any valid claims of alleged debts in the name of my principal obligor.

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ demand a full file disclosure in accordance with 15 U.S.C. 1681g and all other documentary evidence in accordance with 15 U.S.C. 44 and subsequent documents including any and all accounts made using intellectual property, my signature, associated with this account, so be it. Without this I cannot verify, and there cannot be any valid claims of alleged debts in the name of my principal obligor.

Notice, it is a Fact, that, I, agent for the principal JENNIFER ENID GONZALEZ and affiant, has reason to believe, without all requested documents in the affidavit herein there can be no proof of claim by Toyota Financial Services and Toyota Financial Services would be liable for creating a false deceptive form under 15 U.S.Code 1692j. U.S.P.S. CERTIFIED MAIL TRACKING NO. 70222410000017923857

# AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ and affiant, demand an insurance audit trail in accordance with 12 U.S.Code 1831n(2)(A) to verify proof of the insurance or proof of any claims associated with this account ending with account number #3636. Without this I cannot verify, and there cannot be any valid claims of alleged insurance of any loan on the alleged debts owed in the name of my principal obligor.

Notice, it is a Fact, that, I agent for principal JENNIFER ENID GONZALEZ am aware that Toyota Financial Services is in violation of 15 U.S.Code 1611(3). Whoever wilfully and knowingly gives false or inaccurate information or fails to comply with any requirements imposed under this subchapter shall be fined $5000 or imprisoned up to a year.

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ and affiant, I demand that you do not terminate or close my account due to me exercising my rights in good faith pursuant to 15 U.S.Code 1691(a)(3). Such an act of closing my account without my authority will serve as proof Toyota Financial Services acted without ordinary care, good faith, and has indeed performed illegal activity to this subject matter.

Notice, it is in fact, that, I, agent for the principal JENNIFER ENID GONZALEZ and affiant am aware this account is associated with an open ended consumer credit plan as described in 15 U.S.Code 1637. I am aware this account has not been balancing out every month using the funds from the trust account my principal obligor. I demand my open ended consumer credit plan be corrected and to balance out my account every month to rectify the bank errors caused by Toyota Financial Services mismanagement of payments.

Notice, it is a Fact, that, I, agent for principal JENNIFER ENID GONZALEZ am aware that Toyota Financial Services a "debt collector" here is the legal definition. Pursuant to 15 U.S.Code 1692(a)(6), a debt collector is any person who uses instrumentality of interstate commerce or that mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

U.S.P.S. CERTIFIED MAIL TRACKING NO. 70222410000017923857

# AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

Notice, it is a Fact, without an affidavit response with rebuttal, point for point, then I am conditionally accepting your non- reasonable response, as frivolous, and I will file fault judgment in the favor of interest of I the consumer, holder in due course, attorney, and administrator in fact.

Notice, it is a Fact and I agent for principal JENNIFER ENID GONZALEZ is aware, an unrebutted affidavit stands a truth in commerce.

U.S.P.S. CERTIFIED MAIL TRACKING NO. 70222410000017923857

# AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

You have fifteen (15) days from the date of delivery to respond to this notice. Should there be dishonor in the aforementioned requested documentation by way of unrebutted affidavit, failure to disclose requested documents, or failure of response, and the particular requests to rectify any fault by Toyota Financial Services herein, will serve as acquiescence and your agreement to a default judgment against your company for the dishonor in the negotiable instrument, bank fraud, creation of false and deceptive form, mishandling of goods, compromising my relationship my relationship with other financial institutions and including stress caused to me in the attempt of exercising my rights in good faith. However, I do in good faith expect you to handle these matters with ordinary care to address all subject matter.

Thank you,

## JURAT

Whereas, I of age, of majority, give this notice to all, I make a solemn oath to the one and only most high of creation only, God, and I dispose of the following facts, so be it, nunc pro tunc

I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it.

On the date of __7th of July__, __2023__, agent, Jennifer-Enid:Gonzalez came before me today present as a flesh and blood living being (non entity/non debtor) under oath to the most high of creation only and provided the fact listed herein.

_Jennifer Enid Gonzalez_

Attorney in Fact for JENNIFER ENID GONZALEZ

Sworn to or Affirmed by and subscribed before me on the __7__ day of July, 2023, _Jennifer Enid Gonzalez_. Massachusetts Driver's License No. S15728331

_A. Ben_
Notary Signature
U.S.P.S. CERTIFIED MAIL TRACKING NO. 70222410000017923857



ADAM BEN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 16, 2027

Exhibit E

## Screenshot 1 (9:49 - Transaction History)

**2024 Activity**

| Date | Amount | Type |
|---|---|---|
| Jan 18, 2024 | $6,228.00 | Paid |
| Jan 18, 2024 | $490.00 | Paid |
| Dec 22, 2023 | $35.00 | Paid |
| Dec 22, 2023 | $110.00 | Paid |
| Dec 22, 2023 | $28.00 | Paid |
| Dec 22, 2023 | $300.80 | Paid |
| Dec 22, 2023 | $110.00 | Referral Fee |
| Dec 22, 2023 | $35.00 | Referral Fee |
| 2023 Activity | | |

## Screenshot 2 (9:49 - Transaction History)

**2023 Activity**

| Date | Amount | Type |
|---|---|---|
| Dec 22, 2023 | $110.00 | Referral Fee |
| Dec 22, 2023 | $35.00 | Referral Fee |
| Dec 22, 2023 | $300.80 | Referral Fee |
| Dec 22, 2023 | $13,200.00 | Paid |
| Dec 22, 2023 | $28.00 | Paid |
| Dec 21, 2023 | $75.00 | Paid |
| Nov 16, 2023 | $647.65 | Paid |
| Oct 4, 2023 | $984.79 | Paid |
| Oct 23, 2023 | $2.00 | Paid |
| Oct 6, 2023 | $490.00 | Referral Fee |

## Screenshot 3 (9:49 - Transaction History)

| Date | Amount | Type |
|---|---|---|
| Oct 23, 2023 | $2.00 | Paid |
| Oct 6, 2023 | $490.00 | Referral Fee |
| Sep 29, 2023 | $5.00 | Referral Fee |
| Aug 29, 2023 | $5.00 | Referral Fee |
| Jul 29, 2023 | $5.00 | Referral Fee |
| Jul 15, 2023 | $10.00 | Paid |
| Jun 29, 2023 | $5.00 | Referral Fee |
| May 30, 2023 | $5.00 | Referral Fee |
| Apr 18, 2023 | $441.20 | Referral Fee |
| Apr 18, 2023 | $5.00 | Paid |

## Screenshot 4 (9:49 - Transaction History)

| Date | Amount | Type |
|---|---|---|
| Aug 23, 2022 | $200.00 | Paid |
| Jul 29, 2022 | $5.00 | Referral Fee |
| Jul 12, 2022 | $220.00 | Paid |
| Jul 5, 2022 | $160.00 | Paid |
| Jun 28, 2022 | $207.00 | Paid |
| Jun 23, 2022 | $120.00 | Paid |
| Jun 15, 2022 | $100.00 | Paid |
| Jun 7, 2022 | $290.00 | Paid |
| May 31, 2022 | $5.00 | Referral Fee |
| Apr 29, 2022 | $5.00 | Referral Fee |

## Screenshot 5 (9:49 - Transaction History)

**2022 Activity**

| Date | Amount | Type |
|---|---|---|
| Dec 29, 2022 | $5.00 | Referral Fee |
| Dec 28, 2022 | $100.00 | Paid |
| Dec 20, 2022 | $100.00 | Paid |
| Dec 14, 2022 | $75.40 | Paid |
| Nov 29, 2022 | $5.00 | Referral Fee |
| Nov 29, 2022 | $100.00 | Paid |
| Nov 21, 2022 | $100.00 | Paid |
| Nov 14, 2022 | $100.00 | Paid |
| Oct 31, 2022 | $165.00 | Paid |
| Oct 21, 2022 | $5.00 | Referral Fee |

## Screenshot 6 (9:49 - Transaction History)

| Date | Amount | Type |
|---|---|---|
| Mar 29, 2023 | $5.00 | Referral Fee |
| Mar 28, 2023 | $160.00 | Paid |
| Mar 15, 2023 | $1,421.68 | Referral Fee |
| Mar 15, 2023 | $1,421.68 | Paid |
| Feb 22, 2023 | $500.00 | Paid |
| Feb 8, 2023 | $200.00 | Paid |
| Jan 31, 2023 | $5.00 | Referral Fee |
| Jan 25, 2023 | $100.00 | Paid |
| Jan 17, 2023 | $100.00 | Paid |
| Jan 9, 2023 | $200.00 | Paid |

Exhibit E

## Screen 1 (rotated)

**9:49 — TRANSACTION HISTORY**

| Date | Amount | Status |
|---|---|---|
| Oct 31, 2022 | $105.00 | |
| Oct 29, 2022 | $5.00 | Refund Fee |
| Oct 26, 2022 | $100.00 | Pnd |
| Oct 3, 2022 | $100.00 | Pnd |
| Sep 29, 2022 | $5.00 | Refund Fee |
| Sep 8, 2022 | $330.00 | Pnd |
| Aug 31, 2022 | $250.00 | Pnd |
| Aug 30, 2022 | $5.00 | Refund Fee |
| Aug 23, 2022 | $200.00 | Refund Payment |
| Aug 23, 2022 | $200.00 | Pnd |

## Screen 2 (rotated)

**9:49 — TRANSACTION HISTORY**

| Date | Amount | Status |
|---|---|---|
| Apr 4, 2022 | $400.00 | Pnd |
| Mar 29, 2022 | $5.00 | Refund Fee |
| Feb 22, 2022 | $400.00 | Pnd |
| Jan 31, 2022 | $385.00 | Pnd |
| Jan 29, 2022 | $5.00 | Refund Fee |
| Jan 12, 2022 | $380.24 | Refund Payment |
| Jan 12, 2022 | $380.24 | Pnd |
| 2021 Activity | | |
| Dec 20, 2021 | $5.00 | Refund Fee |
| Nov 23, 2021 | $390.24 | Pnd |
| Nov 2, 2021 | $375.24 | Pd |

## Screen 3 (rotated)

**9:49 — TRANSACTION HISTORY**

| Date | Amount | Status |
|---|---|---|
| Oct 29, 2021 | $5.00 | Refund Fee |
| Oct 5, 2021 | $40.00 | Pnd |
| Oct 5, 2021 | $345.24 | Pnd |
| Sep 25, 2021 | $5.00 | Refund Fee |
| Aug 24, 2021 | $380.24 | Pnd |
| Jul 22, 2021 | $380.24 | Pnd |
| Jun 25, 2021 | $380.24 | Pnd |
| May 14, 2021 | $380.24 | Pnd |
| Apr 14, 2021 | $380.48 | Pnd |
| Mar 15, 2021 | $400.00 | Pnd |