Exhibit E

## Screen 1 (9:49 — Transaction History, 2024 Activity)

| Date | Amount | Type |
|---|---|---|
| Jan 18, 2024 | $6,228.00 | Pd |
| Jan 18, 2024 | $490.00 | Pd |
| Dec 22, 2023 | $35.00 | Pd |
| Dec 22, 2023 | $110.00 | Pd |
| Dec 22, 2023 | $28.00 | Pd |
| Dec 22, 2023 | $300.80 | Pd |
| 2023 Activity | | |
| Dec 22, 2023 | $110.00 | Refund Fee |
| Dec 22, 2023 | $35.00 | Refund Fee |
| Dec 22, 2023 | $300.80 | Refund Fee |

## Screen 2 (9:49 — Transaction History)

| Date | Amount | Type |
|---|---|---|
| Mar 29, 2023 | $5.00 | Refund Fee |
| Mar 28, 2023 | $160.00 | Pd |
| Mar 15, 2023 | $1,421.68 | Refund Fee |
| Mar 15, 2023 | $1,421.68 | Pd |
| Feb 22, 2023 | $500.00 | Pd |
| Feb 8, 2023 | $200.00 | Pd |
| Jan 31, 2023 | $5.00 | Pd |
| Jan 25, 2023 | $100.00 | Pd |
| Jan 17, 2023 | $100.00 | Pd |
| Jan 9, 2023 | $200.00 | Pd |

## Screen 3 (9:49 — Transaction History, 2023 Activity continued)

| Date | Amount | Type |
|---|---|---|
| Dec 22, 2023 | $110.00 | Refund Fee |
| Dec 22, 2023 | $300.80 | Refund Fee |
| Dec 22, 2023 | $35.00 | Refund Fee |
| Dec 22, 2023 | $13,700.00 | Settling Fee |
| Dec 22, 2023 | $28.00 | Pd |
| Dec 21, 2023 | $75.00 | Pd |
| Nov 16, 2023 | $647.65 | Pd |
| Oct 4, 2023 | $984.79 | Pd |
| Oct 23, 2023 | $2.00 | Pd |
| Oct 6, 2023 | $490.00 | Refund Fee |

## Screen 4 (9:49 — Transaction History, 2022 Activity)

| Date | Amount | Type |
|---|---|---|
| Dec 29, 2022 | $5.00 | Refund Fee |
| Dec 28, 2022 | $100.00 | Pd |
| Dec 20, 2022 | $100.00 | Pd |
| Dec 14, 2022 | $75.40 | Pd |
| Nov 29, 2022 | $5.00 | Refund Fee |
| Nov 29, 2022 | $100.00 | Pd |
| Nov 21, 2022 | $100.00 | Pd |
| Nov 14, 2022 | $100.00 | Pd |
| Oct 31, 2022 | $165.00 | Pd |
| Oct 21, 2022 | $5.00 | Refund Fee |

## Screen 5 (9:49 — Transaction History)

| Date | Amount | Type |
|---|---|---|
| Oct 23, 2023 | $2.00 | Pd |
| Oct 6, 2023 | $490.00 | Refund Fee |
| Sep 29, 2023 | $5.00 | Refund Fee |
| Aug 29, 2023 | $5.00 | Refund Fee |
| Jul 29, 2023 | $5.00 | Refund Fee |
| Jul 15, 2023 | $10.00 | Pd |
| Jun 29, 2023 | $5.00 | Refund Fee |
| May 30, 2023 | $5.00 | Refund Fee |
| Apr 18, 2023 | $441.20 | Pd |
| Apr 18, 2023 | $5.00 | Refund Fee |

## Screen 6 (9:49 — Transaction History)

| Date | Amount | Type |
|---|---|---|
| Aug 23, 2022 | $200.00 | Pd |
| Jul 29, 2022 | $5.00 | Pd |
| Jul 12, 2022 | $220.00 | Pd |
| Jul 5, 2022 | $160.00 | Pd |
| Jun 28, 2022 | $207.00 | Pd |
| Jun 23, 2022 | $120.00 | Pd |
| Jun 15, 2022 | $100.00 | Pd |
| Jun 7, 2022 | $290.00 | Pd |
| May 31, 2022 | $5.00 | Refund Fee |
| Apr 29, 2022 | $5.00 | Refund Fee |

Exhibit E

## Screen 1 (9:49 — TRANSACTION HISTORY)

| Date | Amount | Status |
|---|---|---|
| Oct 31, 2022 | $105.00 | |
| Oct 29, 2022 | $5.00 | Refund Fee |
| Oct 26, 2022 | $100.00 | Pd |
| Oct 3, 2022 | $100.00 | Pd |
| Sep 29, 2022 | $5.00 | Refund Fee |
| Sep 8, 2022 | $330.00 | Pd |
| Aug 31, 2022 | $250.00 | Pd |
| Aug 30, 2022 | $5.00 | |
| Aug 23, 2022 | $200.00 | Refund Payment |
| Aug 23, 2022 | $200.00 | Pd |

## Screen 2 (9:49 — TRANSACTION HISTORY)

| Date | Amount | Status |
|---|---|---|
| Apr 4, 2022 | $400.00 | Pd |
| Mar 29, 2022 | $5.00 | Refund Fee |
| Feb 22, 2022 | $400.00 | Refund Fee |
| Jan 31, 2022 | $385.00 | Pd |
| Jan 29, 2022 | $5.00 | Refund Fee |
| Jan 12, 2022 | $380.24 | Pd |
| Jan 12, 2022 | $380.24 | Refund Payment |
| 2021 Activity | | |
| Dec 20, 2021 | $5.00 | Refund Fee |
| Nov 23, 2021 | $380.24 | Pd |
| Nov 2, 2021 | $375.24 | Pd |

## Screen 3 (9:49 — TRANSACTION HISTORY)

| Date | Amount | Status |
|---|---|---|
| Oct 29, 2021 | $5.00 | Refund Fee |
| Oct 5, 2021 | $40.00 | |
| Oct 5, 2021 | $345.24 | Pd |
| Sep 25, 2021 | $5.00 | Refund Fee |
| Aug 24, 2021 | $380.24 | Pd |
| Jul 22, 2021 | $380.24 | Pd |
| Jun 25, 2021 | $380.24 | Pd |
| May 14, 2021 | $380.48 | Pd |
| Apr 14, 2021 | $380.00 | Pd |
| Mar 15, 2021 | $400.00 | Pd |